**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00263-CV**
_____

**JOSE MANUEL VEGA D/B/A PIPILA TRUCKING, Appellant**

**V.**

**KASSANDRA SMITH, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-06-07932-CV**
_____

**MEMORANDUM OPINION**

Jose Manuel Vega d/b/a Pipila Trucking, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

1

Submitted on December 29, 2021
Opinion Delivered December 30, 2021

Before Kreger, Horton and Johnson, JJ.